CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 28 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GLENN CALVIN LAWHORN, JR., ) | Civil Action No. 7:11-cv-00114 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| L.J. AYERS, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of June, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge